UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA JENKINS,<br>  Plaintiff,<br>v.<br>NATIONSTAR MORTGAGE LLC,<br>  Defendant. | Case No. 14-cv-01275-JSC<br><br>**ORDER TO SHOW CAUSE** |

Now pending before the Court is Defendant's Motion to Dismiss (Dkt. No. 7), which is set for hearing on May 1, 2014. Although Plaintiff's opposition was due by April 9, 2014, Plaintiff has not filed an opposition or statement of non-opposition as required by Local Rule 7-3. Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before **Monday, April 28, 2013**. If no response is received, this action may be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 23, 2014

JACQUELINE SCOTT CORLEY
United States Magistrate Judge